## Jack Rachel v. The State.

#### No. 8235. Decided May 7, 1924.

**Selling Intoxicating Liquor—Sufficiency of the evidence.**

Where the alleged purchaser testified positively to a sale of whisky by the appellant, and the evidence of two officers who witnessed their conduct strongly supports the main State's witness, the conviction is sustained.

Appeal from the District Court of Bowie. Tried below before the Honorable Hugh Carney.

Appeal from a conviction of selling intoxicating liquor; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Tom Garrard,* Attorney for the State and *Grover C. Morris,* Assistant Attorney for the State.

HAWKINS, JUDGE.—Conviction is for selling intoxicating liquor, with punishment fixed at one year in the penitentiary.

No objections appear to have been urged to the charge of the court, and no exceptions reserved to any proceeding during the trial. The alleged purchaser testified positively to a sale of whisky by appellant, and the evidence of two officers who witnessed their conduct strongly supports the main State witness. Appellant denied making any sale of whisky, and if the jury had accepted his testimony and that of his witnesses as true, an acquittal would have followed; but the jury accepted the State's evidence as reflecting the true state of facts, and it fully warrants the verdict.

The judgment is affirmed.

*Affirmed.*